■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RODNEY TAYLOR, Petitioner, v THOMAS MAYONNE, as Sheriff of Ulster County, Respondent.— Application for writ of habeas corpus dated May 19, 1980, denied. Mahoney, P. J., Sweeney, Kane and Main, JJ., concur.